**Entered on Docket
October 22, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

CINDY LEE STOCK  **E-FILED SEPTEMBER 11, 2009**
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@cox.net E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for MOREQUITY, INC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| RALPH EDWARD GIANELLONI, ) | CASE NO. S-09-19881-LBR |
| ) | |
| ) | Hearing Date:  July 24, 2009 |
| ) | Hearing Time: 2:00 p.m. |
| Debtor. ) | |
| ) | Location:     Foley Federal Building |
| _____ ) |              Courtroom No. 1 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of  MOREQUITY, INC came on regularly for hearing before this court on July 24, 2009, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby is, granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 1724 Crystal Creek Circle, LV NV 8928

IT IS FURTHER ORDERED that MOREQUITY, INC will provide Debtor with no less than five (5) days notice of the date, time and place of the foreclosure sale.

SUBMITTED BY:

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada   89101
(702)382-1399
Attorney for MOREQUITY, INC

RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel for Movant certifies:

_____ The Court waived the requirement of approval under LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

YVETTE WEINSTEIN, Trustee: _____

Approved _____     Disapproved _____     Failed to Respond ___X_____

# # #